**GUTRIDE SAFIER LLP**
Seth A. Safier (SBN 197427)
seth@gutridesafier.com
Marie A. McCrary (SBN 262670)
marie@gutridesafier.com
Hayley A. Reynolds (SBN 306427)
hayley@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA LOPEZ, as an individual, on behalf of herself, the general public and those similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>WATER WIPES (USA), INC.,<br><br>       Defendant. | Case No.: 3:22-cv-06659-LB<br><br>**CERTIFICATE OF INTERESTED PERSONS** |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matters in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Party | Connection |
|---|---|
| MARIA ELENA LOPEZ | PLAINTIFF |

Dated: November 7, 2022    **GUTRIDE SAFIER LLP**

/s/ *Seth A. Safier*    /
Seth A. Safier (SBN 197427)
GUTRIDE SAFIER LLP
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

Attorneys for Plaintiff