UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WATER WIPES (USA), INC.,<br><br>　　　　Defendant. | Case No. 22-cv-06659-AMO<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 44 |

Before the Court is the parties' proposed stipulated protective order to govern the exchange and disclosure of sensitive material in this action. The parties' proposed protective order includes certain changes to the District's standard protective order. The Court rejects the following amendments:

1. Section 4: Duration. The parties attempt to expand the term of the Court's jurisdiction, adding the sentence, "For a period of six (6) months after final disposition of this litigation, this Court will retain jurisdiction to enforce the terms of this Order." Dkt. 44-2 at 7. The Court will not retain jurisdiction for discovery matters following final disposition of this litigation.

2. Section 6.3: Judicial Intervention. The parties propose to strike the portion of the protective order imposing time limits and other requirements for bringing a dispute to the Court's attention. Dkt. 44-2 at 11-12. The Court will not approve modifications to the procedure for seeking judicial intervention.

With these specific rejections in mind, the Court DENIES the parties' proposed stipulated

//

//

protective order without prejudice.  The Court invites the parties to meet and confer and to re-submit a proposed stipulated protective order without the amendments discussed above.

**IT IS SO ORDERED.**

Dated: June 5, 2023

A̲r̲a̲c̲e̲l̲i̲ ̲M̲a̲r̲t̲í̲n̲e̲z̲-̲O̲l̲g̲u̲í̲n̲
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

2