**GUTRIDE SAFIER LLP**
SETH A. SAFIER (State Bar No. 197427)
seth@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA LOPEZ, an individual, on behalf of herself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WATER WIPES (USA), INC.,<br><br>Defendant. | Case No. 3:22-cv-06659-AMO<br><br>NOTICE OF VOLUNTARY DISMISSAL |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Maria Elena Lopez, by and through
2  her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dis-
3  missed, with prejudice, against Defendant Water Wipes (USA), Inc. Such dismissal is without
4  prejudice as to the claims of alleged putative class members. Each party shall bear its own attor-
5  neys' fees and costs.

6  Dated:  December 7, 2023          **GUTRIDE SAFIER LLP**

7                                    /s/Seth Safier/s/

8                                    _____
                                     Seth A. Safier, Esq.
                                     100 Pine Street, Suite 1250
9                                    San Francisco, California 94111

10                                   Attorneys for Plaintiff, MARIA ELENA
                                     LOPEZ
11